UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| LYNN KNULL, on behalf of herself and all others similarly situated, | ) ) ) ) |
| Plaintiff, | ) Case No. 19-cv-1818 |
| v. | ) ) |
| ST. CROIX HOSPICE, LLC, *et. al.* | ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL

Plaintiff Lynn Knull and Defendants St. Croix Hospice LLC and Hometown Hospice & Homecare, Inc. stipulate and agree to dismissal of Plaintiff's individual claims against Defendant, with prejudice, with each party to bear its own attorneys' fees, costs and expenses, and dismissal of the putative class claims without prejudice. This stipulation of dismissal disposes of the entire action.

**Respectfully submitted,**

| | |
|---|---|
| **s/ Scott S. Luzi** | **s/ Lynne M. Mueller** |
| Scott S. Luzi, Esq. (1067405) | Lynne M. Mueller, Esq. (100357) |
| Walcheske & Luzi, LLC | Litchfield Cavo, LLP |
| 15850 W. Bluemound Road, Suite 304 | 250 East Wisconsin Avenue, Suite 800 |
| Brookfield, Wisconsin 53005 | Milwaukee, Wisconsin 53202 |
| (262) 780-1953 - Telephone | (414) 488-1837 - Telephone |
| sluzi@walcheskeluzi.com | mueller@litchfieldcavo.com |
| *Attorneys for Plaintiff Lynn Knull* | *Attorneys for Defendant Hometown Hospice & Homecare, Inc.* |

**s/ Rebecca Dobbs Bush**
Rebecca Dobbs Bush, Esq. (1095430)
SmithAmundsen LLC
330 East Kilbourn Avenue, Ste. 1100, Tower 1
Milwaukee, Wisconsin 53202-3170
(414) 847-6176 - Telephone
rbush@salawus.com
*Attorneys for Defendant St. Croix Hospice, LLC*