# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LYNN KNULL,

          Plaintiff,

v.

ST. CROIX HOSPICE LLC and
HOMETOWN HOSPICE &
HOMECARE INC.,

          Defendants.

Case No. 19-CV-1818-JPS

**ORDER**

On January 17, 2020, the parties filed a joint stipulation of dismissal of this action with prejudice and without costs or fees assessed to any party. (Docket #13). The Court will adopt that stipulation. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly,

**IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #13) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice** and without costs to any party.

Dated at Milwaukee, Wisconsin, this 21st day of January, 2020.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge